IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FEDERICO VILLARMAN-OVIEDO,

    Petitioner,

v.

                                 Case No. 99-cr077JAF

UNITED STATES OF AMERICA,

    Respondent.

************************************************
                      MOTION TO EXPIDITE
************************************************

**COMES NOW**, Petitioner, Federico Villarman-Oviedo, requesting this Honorable Court to grant his motion to expidite the court's decision of his rule 28J letter in adding to his case the Recent Supreme Court's decision in <u>Washington v. Blakely, 124 S. Ct. 2531 (2004).</u> This decision affects the Petitioner's case along with two other decisions by the Supreme Court; US v. Booker, No. 04-104, (2005). US v. Fanfan, No. 04-105, (2005). The foregoing cases state that elements must be proven if brought to a jury. The amount of heroin Petitioner was convicted for was not proven, nor was admitted to by Petitioner or found in his indictment.

**Therefore**, Petitioner ask this Honorable Court to include these cases in his motion to expidite and to find Petitioner did not possess or conspire to more than one kilo of heroin.

                                 **CERTIFICATE OF SERVICE**

I, Federico Villarman-Oviedo, certify that I have sent a copy of the foregoing motion to the US Attorney's office at Torre Chardon, Suite 1201, 350 Carlos Chardon Ave., Hato Rey, PR 00918 on February 28, 2005.

Dated: February 28, 2005

                                            Federico Villarman-Oviedo
                                            Federal Correction Complex
                                            P.O. Box 1031
                                            Coleman, FL 33521

*RECEIVED AND FILED 2005 MAR -7 PM 2:08 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*