ENTERED ON DOCKET
7/29/05  PURSUANT
TO FRCP RULES 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



FEDERICO OVIEDO–VILLARMAN

Plaintiff(s)                    CIVIL CASE    04–1288  (JAF)

vs.                            (CRIM. NO. 99–77)

UNITED STATES OF AMERICA

Defendant(s)

## JUDGMENT

Pursuant to this Court's Order (docket #17)  Judgment is entered summarily dismissing this case pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings in the United States Courts.


In San Juan, Puerto Rico, this  29th  day of  July,   2005.


Frances Rios de Moran, Esq.

Clerk of Court

*s/ Franchesca Torres*

Franchesca Torres
Deputy Clerk